O
JS-6

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# United States District Court
# Central District of California

| | |
|---|---|
| DARYOUSH JAVAHERI,<br><br>    Plaintiff,<br><br>    v.<br><br>US BANK NATIONAL ASSOCIATION, LSF9 MASTER PARTICIPATION TRUST; and DOES 1-100, inclusive<br><br>    Defendants. | Case № 2:20-CV-07204-ODW (RAOx)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [9] AND DENYING DEFENDANT'S MOTION FOR ENTRY OF A VEXATIOUS LITIGANT ORDER [11]** |

The Motion to Dismiss of Defendant U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (erroneously sued as "US Bank National Association, LSF9 Master Participation Trust") ("U.S. Bank") (ECF No. 9), came on for telephonic hearing on September 21, 2020, at 1:30 p.m., in Courtroom 5D of the above entitled Court. Additionally, U.S. Bank's Motion For Entry of a Vexatious Litigant Order (ECF No. 11) also came on for telephonic hearing at the same time and location. The Court, having fully considered all relevant documents, authorities, evidence, and oral arguments presented by Plaintiff Daryoush Javaheri and Defendant U.S. Bank, by and through their respective attorneys, and for the reasons stated on the record:

**IT IS HEREBY ORDERED** that:

1. U.S. Bank's Motion to Dismiss Plaintiff's Complaint is **GRANTED without leave to amend** (ECF No. 9).

2. U.S. Bank is dismissed from this action **with prejudice**.

3. U.S. Bank's Motion to Request Entry of a Vexatious Litigant Order is **DENIED** (ECF No. 11).

4. However, should Mr. Javaheri file any more lawsuits regarding the subject property (10809 Wellworth, Los Angeles California) against U.S. Bank or its successors-in-interest, respective parents, subsidiaries, mortgage servicers, and trustees involved with the foreclosure of the subject property, **Mr. Javaheri will be fined and held in contempt of court**.

5. The clerk shall enter Judgment in favor of U.S. Bank.

**IT IS SO ORDERED.**

September 21, 2020

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE