JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYOUSH JAVAHERI, | Case No. 2:20-cv-07204-ODW-RAO |
| Plaintiff, | **JUDGMENT** |
| v. | |
| US BANK NATIONAL ASSOCIATION, LSF9 MASTER PARTICIPATION TRUST; and DOES 1-100, inclusive, | Honorable Otis D. Wright, II |
| Defendants. | |

Following this Court's September 22, 2020 Order (Dkt. 14) granting defendant U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S (erroneously sued as "US Bank National Association, LSF9 Master Participation Trust") ("U.S. Bank") Motion to Dismiss the Complaint of Plaintiff DARYOUSH JAVAHERI ("Plaintiff"), the Court hereby enters judgment as follows:

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Judgment is entered in favor of U.S. Bank and against Plaintiff;
2. Plaintiff shall take nothing as against U.S. Bank; and
3. U.S. Bank may recover allowable costs and disbursements as the prevailing party in this action in an amount to be determined by the Court.

**IT IS SO ORDERED**.

Dated: September 24, 2020          By: _____
                                   Hon. Otis D. Wright, II
                                   United States District Judge

**PROOF OF SERVICE BY OVERNIGHT DELIVERY**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On September 22, 2020, I deposited with Federal Express, a true and correct copy of the within documents:

   **[PROPOSED] JUDGMENT**

in a sealed envelope, addressed as follows:

   Mr. Daryoush Javaheri
   1728 Del Mira Drive
   Las Vegas, NV  89128
   Telephone:  310.591.7596
   Email:  Jlanld@aol.com

   Plaintiff PRO SE

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 22, 2020, at Los Angeles, California.

                                       Carolyn A. Sanford